Cristina CHEN; Lesa Hill; Akweta Clemmer, Plaintiffs-Appellants

v.

IRVING INDEPENDENT SCHOOL DISTRICT, Defendant-Appellee

No. 16-10493

United States Court of Appeals, Fifth Circuit.

Filed May 19, 2017

Star Jones, Olmito, TX, Frank Edward Perez, Counsel, Frank E. Perez & Associates, P.C., Brownsville, TX, for Plaintiffs-Appellants

Thomas Phillip Brandt, John Francis Roehm, III, Esq., Fanning Harper Martinson Brandt & Kutchin, P.C., Dallas, TX, for Defendant-Appellee

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The appellants appeal the district court's grant of summary judgment for Irving Independent School District in an action under 42 U.S.C. § 1983 for racial discrimination, retaliation, and related claims. This court has considered this appeal on the basis of the briefs, the record, and oral argument. Having done so, we conclude that the matter should be affirmed, essentially for the reasons stated by the district

---

court. Because the district court did not err in granting summary judgment, we AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.